
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGENXBIO Inc.,<br>9600 Blackwell Road, Suite 210<br>Rockville, MD 20850,<br><br>      Plaintiff,<br><br>  v.<br><br>FOOD AND DRUG ADMINISTRATION,<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993;<br><br>ALEX M. AZAR II, in his official capacity as<br>Secretary of Health and Human Services,<br>200 Independence Avenue, S.W.<br>Washington, DC 20201;<br><br>BRETT GIROIR, in his official capacity as<br>Acting Commissioner of Food and Drugs,<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993;<br><br>EDWARD THOMPSON, in his official<br>capacity as Regulatory Project Manager at<br>Food and Drug Administration,<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993;<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendants. | Civil Case. No. 1:19-cv-03373 |

**CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 26.1 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for REGENXBIO Inc. ("REGENXBIO"), certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of REGENXBIO which have any outstanding securities in the hands of the public:  BlackRock, Inc.

2

These representations are made in order that judges of this Court may determine the need for recusal.

November 12, 2019

Respectfully submitted,

<u>/s/ *Christian G. Vergonis*</u>
Christian G. Vergonis
(D.C. Bar No 483293)
Kaytlin L. Roholt
(D.C. Bar No. 1047228)
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700
cvergonis@jonesday.com
kroholt@jonesday.com

*Counsel for Plaintiff REGENXBIO Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 12, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I further certify that, on November 12, 2019, I caused the foregoing document to be sent via prepaid USPS mail to:

**Food and Drug Administration**
10903 New Hampshire Avenue
Silver Spring, MD 20993

**Alex M. Azar II**
Secretary of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

**Jessie K. Liu**
United States Attorney for the
District of Columbia
555 4th Street, NW
Washington, D.C. 20530

**Brett Giroir**
Acting Commissioner of Food and Drugs
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

**Edward Thompson**
Regulatory Project Manager
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

**William P. Barr**
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

November 12, 2019

Respectfully submitted,

/s/ *Christian G. Vergonis*
Christian G. Vergonis
(D.C. Bar No 483293)
Kaytlin L. Roholt
(D.C. Bar No. 1047228)
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700
cvergonis@jonesday.com
kroholt@jonesday.com

*Counsel for Plaintiff REGENXBIO Inc.*